AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Arizona

FILED ✓
RECEIVED — LODGED
— COPY
DEC 2 8 2018 ✓
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )  Case No.  CR-18-01665-2-PHX-DLR |
| | ) |
| | ) |
| Herman Leroy Green Jr. | ) |
| Defendant | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Herman Leroy Green Jr.                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint

☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18:371 - Conspiracy
Counts 2-12: 18:1343 - Wire Fraud
Counts 13-15: 18:1341 - Mail Fraud

Date:      12/19/2018                        _____
                                                              *Issuing officer's signature*

City and state:      Phoenix, Arizona                        S. Quinones, Deputy Clerk
                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _12-19-18_ , and the person was arrested on *(date)* _12-26-18_ at *(city and state)* _Scottsdale, Az_ . |
| Date: _12-27-18_                        _____ #1052<br>                                                              *Arresting officer's signature* |
| USPS<br>*Printed name and title* |