AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 0 7 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR-18-01665-1-PHX-DLR |
| | ) | |
| Herman Leroy Green III | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Herman Leroy Green III                                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18:371 - Conspiracy
Counts 2-12: 18:1343 - Wire Fraud
Counts 13-15: 18:1341 - Mail Fraud
Counts 16-18: 18:1028A - Aggravated Identity Theft

Date:   12/19/2018

_____
*Issuing officer's signature*

City and state:   Phoenix, Arizona

S. Quinones, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)*   12-19-18  , and the person was arrested on *(date)*   1-2-19
at *(city and state)*   Phx, AZ  .

Date:   1-2-19

_____  #1052
*Arresting officer's signature*

USPS
*Printed name and title*